**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RICHARD HABERLE,

           Plaintiff,

v.

TRANS UNION LLC,

           Defendant.

Case No. _____

/

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

### I.    PROCEDURAL BACKGROUND

1.    On or about September 16, 2025, Plaintiff filed this action in the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, Florida ("State Court Action"), alleging that Defendants violated the Fair Credit Reporting Act ("FCRA"). Plaintiff demanded a trial by jury.

2.    The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3.    Trans Union was served with Plaintiff's Complaint on October 8, 2025. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## II.    GROUNDS FOR REMOVAL

4.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States.  Removal is thus proper because Plaintiff's claims present a federal question.  *Id.*  In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § *et seq.*  Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## III.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant Trans Union LLC received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

7.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, Florida, as required by 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, served upon the Defendant Trans Union LLC are attached hereto as **Exhibit A**.

2

8319487.1

9.    Trial has not commenced in the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, Florida.

WHEREFORE, Defendant Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

*/s/ Alexandria Epps*

Alexandria Epps
Florida Bar No. 1002739
aepps@qslwm.com
QUILLING SELANDER LOWNDS
WINSLETT & MOSER
Bryan Tower, 2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1463
Facsimile:  (214) 871-2111
***Counsel for Trans Union LLC***

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of October 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF.

Ivory Hadaway, Esq.
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301
(954) 955-8298
ivory@pzlg.legal
*Counsel for Plaintiff*



/s/ Alexandria Epps
Alexandria Epps

4

8319487.1

# EXHIBIT A
# State Court Filings

8319487.1