# EXHIBIT A-2

**25001243CA - CATAFFO, KERRY vs. TRANS UNION LLC**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| GENTILE, GEOFFREY H | CIRCUIT CIVIL | Other - Matters not falling within the Other Civil Subcategories |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 25001243CA | 082025CA001243000101 | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 9/16/2025 | 9/16/2025 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | NOT IN CUSTODY | |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| ATTORNEY | CATAFFO, KERRY | |
| PLAINTIFF | CATAFFO, KERRY | |
| PLAINTIFF | HABERLE, RICHARD | CATAFFO, KERRY (Main Attorney) |
| DEFENDANT | TRANS UNION LLC | |
| JUDGE | GENTILE, GEOFFREY H | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

## CASE DOCKETS

| DIN | IMAGE | DATE | ENTRY |
|---|---|---|---|
| 9 | 5 | 10/14/2025 | AFFIDAVIT OF SERVICE - TRANS UNION LLC - - {AI_SERVEDREASON} |
| 8 | 2 | 10/14/2025 | NOTICE OF COMPLIANCE |
| 7 | 1 | 9/17/2025 | PAYMENT $410.00 RECEIPT #2025045974 |
| 6 | 2 | 9/16/2025 | STANDING ORDER CIRCUIT CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT |
| 5 | 11 | 9/16/2025 | PLAINTIFFS FIRST SET OF DISCOVERY REQUESTS |
| 4 | 2 | 9/16/2025 | SUMMONS ISSUED AGAINST TRANS UNION LLC |
| 3 | 19 | 9/16/2025 | COMPLAINT |
| 2 | 3 | 9/16/2025 | CIVIL COVER SHEET |
| 1 | | 9/16/2025 | CASE FILED 09/16/2025 CASE NUMBER 25001243CA |